IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KEVIN G. BARREAU,<br><br>              Defendant. | 4:12CR3118<br><br>**MEMORANDUM AND ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his sentencing hearing scheduled for July 26, 2013 at 2:00 p.m.

2) The defendant shall comply with all terms and conditions of pretrial release which were previously imposed, and the following additional condition: The defendant shall reside at A New Hope facility in Victorville, California. The defendant shall fully comply with all rules of the A New Hope facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

May 1, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge