IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                              )<br>                    Plaintiff,           )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>KEVIN G. BARREAU,                       )<br>                                                              )<br>                    Defendant.        ) | Case No.  4:12CR3118 |

### ORDER

THIS MATTER comes before the Court on Defendant's Request to File Restricted Documents.  The Court, being fully advised in the premises, finds that said request should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file Defendant's Evidentiary Index in Support of his Motion for Variance and PSR objections restricted.

IT IS FURTHER ORDERED that said Index and Order be made available to case participants only.

DATED this 15th day of July, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge